RECEIVED

MAY 1 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TINTONTON BELFORT(A026-005-679) | CIVIL ACTION NO. 11-cv-1336 "P" |
| VERSUS | JUDGE DOHERTY |
| WARDEN VIATOR, ERIC HOLDER AND PHILLIP MILLER | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by the defendant[Rec. Doc. 16] is GRANTED, and the claims of the defendant are dismissed, without prejudice.

Signed at Lafayette, Louisiana, this _14_ day of May, 2012.

Rebecca F. Doherty
United States District Judge